RECEIVED FEB 22 2011 CLERK U.S. DISTRICT COURT-NORTH DAKOTA

Office of the Clerk of Court
Clerk of the U.S. District Court
655 First Avenue North, Suite 130
Fargo, ND 58102-4932

Dear Honorable Judge Ralph R. Erickson for all further proceedings. Judge Rodney S. Webb no longer assigned to the case.(LR) Office of the Clerk of Court, Clerk of the U.S. District Court: RE: According to Written Permission Doc. #22.
Enclosed for filing regarding the above-referenced matter please find:

1. PLAINTIFF'S FILED RE: TRANSCRIPT FOR ILLEGALLY CLOSED MEETING. The North Dakota Attorney General said that the meeting was closed illegally and that the meeting had to be transcribed. The Agencies and I need copies of the TRANSCRIPT.
RELIEF: SETTLEMENT $4 Million Dollars Intentional Discrimination Settlement $300,000.00 Medical Expenses for assault paid.

Juliane M. Iverson )
    Plaintiff, )
v. )    District Court or Agency No. 2:11-cv-17
VenuWorks formerly known as Compass Facilities Management, Inc. )
/Alerus Center and Camrud Maddock Olson & Larson Ltd. )
    Defendant. )

2. AFFIDAVIT OF SERVICE BY MAIL CERTIFICATE OF SERVICE BY MAIL TO According to written permission Doc. #22 FILED Motion and Affidavit for Permission to Appeal In Forma Pauperis (Short Form) EEOC CHARGE #32FA400019 FEPA CHARGE #NDE0310003 Century Codes 44-04-20-2; 44-04-19.1-9; 44-04-19.2-1. CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED Page 21 Grand Forks Herald, Thursday, June 24, 2010 Alerus Center commission closes part of its meeting. GRAND FORKS, ND JUN 25 2010 SSA 707 SOCIAL SECURITY ADMINISTRATION 402 DEMERS AVE STE 300 GRAND FORKS ND 58201 CIVIL CASE NUMBER: District Court or Agency

STATE OF NORTH DAKOTA )
    )ss
COUNTY OF GRAND FORKS )

I served a copy of the attached: FILED Motion and Affidavit for Permission to Appeal In Forma Pauperis (Short Form):

CM/ECF
electronic Notice of Docket Activity
Green Card #7009 2820 0004 0442 4082
EEOC Denver District Office
EEOC CHARGE #32FA400019
FEPA CHARGE #NDE0310003
Century Code 44-04-20-2
Century Code 44-04-19.1-9
Century Code 44-04-19.2-1
Mr. Robert Ansley
U.S. District Court
District of North Dakota
655 First Avenue, N.
Suite 130
Fargo, ND 58102-0000

CM/ECF
electronic Notice of Docket Activity
Green Card #7009 2820 0004 0442 4068
EEOC Denver District Office
EEOC CHARGE #32FA400019
FEPA CHARGE #NDE0310003
Century Code 44-04-20-2
Century Code 44-04-19.1-9
Century Code 44-04-19.2-1
Ms. Brenda J. Cernik
1320 Sommerset Drive
West Fargo, ND 58078

CM/ECF
electronic Notice of Docket Activity
Green Card #7009 2820 0004 0442 4044
EEOC Denver District Office
EEOC CHARGE #32FA400019
FEPA CHARGE #NDE0310003
Century Code 44-04-20-2
Century Code 44-04-19.1-9
Century Code 44-04-19.2-1
VenuWorks formerly known as Compass Facilities Management, Inc.
/Alerus Center and Camrud Maddock Olson & Larson Ltd.
CAMRUD & MADDOCK
401 DeMers Avenue
P.O. Box 5849
Grand Forks, ND 58206-5849

Sincerely, Victim of Criminal Activity,
/s/ JulianeM. Iverson
Clerk of Court NOT electronically mailed to:
Juliane M. Iverson
PO Box 12024
Grand Forks, ND 58208-2024

Juliane M. Iverson
Enclosures
pc: Clerk of Court electronic filing to: Mr. Robert Ansley U.S. DISTRICT COURT District of North Dakota 655 First Avenue, N. Suite 130 Fargo, ND 58102-0000; VenuWorks formerly known as Compass Facilities Management, Inc. /Alerus Center and Camrud Maddock Olson & Larson Ltd. CAMRUD & MADDOCK 401 DeMers Avenue P.O. Box 5849 Grand Forks, ND 58206-5849; Ms. Brenda J. Cernik 1320 Sommerset Drive West Fargo, ND 58078; Clerk of Court NOT electronically mailed to: Juliane M. Iverson PO Box 12024 Grand Forks, ND 58208-2024.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

Juliane M. Iverson )
    Plaintiff, )
v. )
VenuWorks formerly known as Compass Facilities Management, Inc. ) District Court or Agency No. _____
/Alerus Center and Camrud Maddock Olson & Larson Ltd. )
    Defendant. )

AFFIDAVIT OF SERVICE BY MAIL CERTIFICATE OF SERVICE BY MAIL TO According to written permission Doc. #22 FILED Motion and Affidavit for Permission to Appeal In Forma Pauperis (Short Form) EEOC CHARGE #32FA400019 FEPA CHARGE #NDE0310003 Century Codes 44-04-20-2; 44-04-19.1-9; 44-04-19.2-1. CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED Page 21 Grand Forks Herald, Thursday, June 24, 2010 Alerus Center commission closes part of its meeting. GRAND FORKS, ND JUN 25 2010 SSA 707 SOCIAL SECURITY ADMINISTRATION 402 DEMERS AVE STE 300 GRAND FORKS ND 58201 CIVIL CASE NUMBER: District Court or Agency _____ RELIEF: SETTLEMENT $4 Million Dollars Intentional Discrimination Settlement $300,000.00 Medical Expenses for assault paid.

STATE OF NORTH DAKOTA )
    )ss
COUNTY OF GRAND FORKS )

On 22 day of February, 2011, before me Notary Public, personally appeared Juliane M. Iverson proved to me on the basis of satisfactory evidence to be the person whose name subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity(ies), and that by his/her signature on the instrument, or the entity upon behalf of which the person acted, executed the instrument. According to Written Permission Doc. #22 I served a copy of the attached: FILED Motion and Affidavit for Permission to Appeal In Forma Pauperis (Short Form):

CM/ECF
electronic Notice of Docket Activity
Green Card #7009 2820 0004 0442 4082
EEOC Denver District Office
EEOC CHARGE #32FA400019
FEPA CHARGE #NDE0310003
Century Code 44-04-20-2
Century Code 44-04-19.1-9
Century Code 44-04-19.2-1
Mr. Robert Ansley
U.S. District Court
District of North Dakota
655 First Avenue, N.
Suite 130
Fargo, ND 58102-0000

CM/ECF
electronic Notice of Docket Activity
Green Card #7009 2820 0004 0442 4068
EEOC Denver District Office
EEOC CHARGE #32FA400019
FEPA CHARGE #NDE0310003
Century Code 44-04-20-2
Century Code 44-04-19.1-9
Century Code 44-04-19.2-1
Ms. Brenda J. Cernik
1320 Sommerset Drive
West Fargo, ND 58078

CM/ECF
electronic Notice of Docket Activity
Green Card #7009 2820 0004 0442 4044
EEOC Denver District Office
EEOC CHARGE #32FA400019
FEPA CHARGE #NDE0310003
Century Code 44-04-20-2
Century Code 44-04-19.1-9
Century Code 44-04-19.2-1
VenuWorks formerly known as Compass Facilities Management, Inc.
/Alerus Center and Camrud Maddock Olson & Larson Ltd.
CAMRUD & MADDOCK
401 DeMers Avenue
P.O. Box 5849
Grand Forks, ND 58206-5849

CERTIFICATE OF SERVICE I hereby certify that an exact copy of the document to which this certificate is attached, was served upon all attorneys of record or upon all parties, if not represented by an attorney, by placing said copy in the United States Mail, in Fargo, ND postage prepaid and mailing to their last known address of the addressee, and by depositing said envelope in the United States mail at Fargo, North Dakota: Addresses For Case Participants: Clerk of Court electronic filing to: Mr. Robert Ansley U.S. DISTRICT COURT District of North Dakota 655 First Avenue, N. Suite 130 Fargo, ND 58102-0000; VenuWorks formerly known as Compass Facilities Management, Inc. /Alerus Center and Camrud Maddock Olson & Larson Ltd. CAMRUD & MADDOCK 401 DeMers Avenue P.O. Box 5849 Grand Forks, ND 58206-5849; Ms. Brenda J. Cernik 1320 Sommerset Drive West Fargo, ND 58078; Clerk of Court NOT electronically mailed to: Juliane M. Iverson PO Box 12024 Grand Forks, ND 58208-2024.

IN WITNESS WHEREOF, I have hereunto set my hand this the 22 day of February, 2011.

_____
NOTARY PUBLIC
My Commission Expires: 2/16/2016
County of Grand Forks
State of North Dakota

Clerk of Court NOT electronically mailed to:
Juliane M. Iverson
PO Box 12024
Grand Forks, ND 58208-2024

[Notary stamp: JENNIFER L SANNES, NOTARY PUBLIC, State of North Dakota, My Commission Expires February 16, 2016]

```
 1      P-R-Y-S-Z-B-I-L-L-A.  IT'S IN THE WHOLE -- CAN I GET SOME
 2   WATER, YOUR HONOR?
 3           THE COURT:  YEAH.
 4           MS. IVERSON:  OKAY.  IT'S IN THE ORIGINAL CASE AND
 5   IT WAS FILED.
 6           THE COURT:  SOMEBODY PUT FRESH WATER IN THOSE THINGS
 7   TODAY?
 8           MS. IVERSON:  IT WAS FILED WITH THE SOCIAL SECURITY
 9   ADMINISTRATION THAT I RECEIVED -- I BECAME DISABLED UNDER
10   OUR RULES ON JANUARY 14TH, 2003.  I WAS FIRED ON
11   JANUARY 15TH, 2003.
12           THE COURT:  HOLD ON.
13           MS. IVERSON:  MAXIMUS -- OH, I'M SORRY.
14           THE COURT:  HOLD ON.  YOU WERE -- YOU FOUND OUT YOU
15   WERE DISABLED ON JANUARY 14TH; THAT'S WHEN YOU GOT AN ORDER
16   SAYING YOU WERE DISABLED OR IS THIS STILL PENDING?
17           MS. IVERSON:  NO.  NO.  I GOT THE NOTICE OF THE -- I
18   WENT TO A SPECIALIST ON JANUARY 10TH, 2003, IN FARGO, NORTH
19   DAKOTA, HERE.
20           THE COURT:  RIGHT.
21           MS. IVERSON:  I WAS ACCUSED ON JANUARY 13TH WHEN I
22   MET WITH CHARLIE JESKE, THE EXECUTIVE DIRECTOR OF THE
23   ALERUS CENTER --
24           THE COURT:  I'M FAMILIAR WITH MR. JESKE.
25           MS. IVERSON:  AND I HAD A TALK WITH HIM BECAUSE HE
```

SOCIAL SECURITY ADMINISTRATION
402 DEMERS AVE STE 300
GRAND FORKS ND 58201

RECEIVED
NOV 19 2010
VOCATIONAL REHABILITATION

RECEIVED
NOV 19 2010
GRAND FORKS COUNTY
SOCIAL SERVICE CENTER

```
SE001-I MORE PAGES EXIST
FSBH                            FS BENEFIT HISTORY
CASE: 00193520                                                              112210 12:43
CASE NAME: IVERSON , JULIANE M
```

| MNTH | HOUSEHLD SIZE | TYP | GROSS CTB INC | STD DED | ALLOWABLE DEDUCTIONS | | | | SHEL COST | BEN TYPE | AMT | RCP | NET BEN | ISS IND |
|------|------|-----|------|-----|-----|-----|-----|-----|------|------|-----|-----|-----|-----|
|      |      |     |      |     | ERN INC | EXC MED | DEP CARE | CS RP |      |      |     |     |     |     |
| 1210 | 1 | SPE | 700 | 142 | 0 | 0 | 0 | 0 | 558 | REGL | 200 | 0 | 200 |   |
| 1110 | 1 | SPE | 700 | 142 | 0 | 0 | 0 | 0 | 558 | REGL | 200 | 0 | 200 | R |
| 1010 | 1 | SPE | 700 | 142 | 0 | 0 | 0 | 0 | 558 | REGL | 200 | 0 | 200 | P |
| 0910 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 558 | REGL | 200 | 0 | 200 | P |
| 0810 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0710 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0610 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0510 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0410 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0310 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0210 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 0110 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 1209 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |
| 1109 | 1 | SPE | 700 | 141 | 0 | 0 | 0 | 0 | 559 | REGL | 200 | 0 | 200 | P |

```
                                                                    NEXT-->
```

```
***   REC 2010326   140634 HCC60BE0 AZN4   CIPQYAB   PQAB   (F-AZN )   ***
```

SOCIAL SECURITY ADMINISTRATION

Date: November 22, 2010
Claim Number: A
DI

JULIANE M IVERSON
P O BOX 12024
2817 S 17 ST APT 205
GRAND FORKS ND 58208-2024

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2008, the full monthly Social Security benefit before any deductions is......$ 700.70

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is.......$ 700.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

There was no cost of living adjustment in Social Security benefits in December 2009. The benefit amount shown is current as of the date on this letter.

# CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

Grand Forks Herald, Thursday, June 24, 2010

## Alerus Center commission closes part of its meeting

By Tu-Uyen Tran
Herald Staff Writer

Grand Forks' Alerus Center commission held a closed-door session with auditors to have a more frank discussion Wednesday morning, except it doesn't appear commissioners were aware of state laws surrounding such sessions.

"All of us want to do the right thing; it's a difficult environment," said commission Chairman Randy Newman when told afterward by a reporter that the law requires a closed session be announced in advance according to section 44-04-20-2 of the North Dakota Century Code.

Commissioner and City Council member Curt Kreun said he didn't know, either.

The agenda for Wednesday's meeting made no mention of a closed session.

When asked by a reporter for the Century Code citation, which public officials must announce before closing a meeting, Commissioner Darrell Larson, who made the motion to close the meeting at Newman's request, conceded that he didn't know.

That's in subsection 44-04-19.2-2-b, which says public officials must announce their legal authority to close the meeting.

The Century Code has two main provisions for when closed meetings are allowed:

■ When public officials must consult their attorney about negotiations or lawsuits and an open meeting would threaten the public body's position; that's in 44-04-19.1-9.

■ When officials discuss confidential records, such as employee's confidential records; that's in 44-04-19.2-1.

In the Alerus Center commission's case, the reason was simply to have good chat with auditors without the auditors feeling uncomfortable with events center staff present, Newman said. That's standard corporate practice, he said, and he does the same thing at Alerus Financial, the bank where he's CEO.

Newman conceded though that he's unsure if that's the norm in government.

According to minutes of the commission meeting from March 17, this is the sort of thing commissioners wanted to get into: "Annually the commission will review the open meeting requirements, governance items, bylaws and committees."

City Attorney Howard Swanson, who sometimes advises the City Council on open meeting matters, does not regularly attend commission meetings.

Kreun said Swanson was to appear Wednesday to talk about a contractual matter but had a scheduling conflict.

Reach Tran at (701) 780-1248; (800) 477-6572, ext. 248; or send e-mail to ttran@gfherald.com.

---

RE: Julianne Iverson, claim no. 2003 670534
OFFICE OF ADMINISTRATIVE HEARINGS
STATE OF NORTH DAKOTA
RE: Leo F.J. Wilking 4295-NE1-0509
RE: Ralph F. Carter 4295-NE2-0509
RE: Alice R. Senechal 4295-NE3-0509
North Dakota Department of Labor
EEOC Charge #32FA400019
FEPA Charge #NDE0310003
EEOC Denver District Office
EEOC Charge #32FA400019
FEPA Charge #NDE0310003

GRAND FORKS, ND

JUN 2 5 2010

SSA 707

SOCIAL SECURITY ADMINISTRATION
402 DEMERS AVE STE 300
GRAND FORKS ND 58201

Page 21

RE: According to written permission Doc. #22 Grand Forks Herald, Thursday, June 24, 2010 Alerus Center commission closes part of its meeting. SOCIAL SECURITY ADMINISTRATION 402 DEMERS AVE STE 300 GRAND FORKS, ND 58201. GRAND FORKS, ND JUN 25 2010 SSA 707. The North Dakota Attorney General said that the meeting was closed illegally and that the meeting had to be transcribed. The agencies and I need copies of the TRANSCRIPT. RE: Julianne Iverson, claim no. 2003 670534 OFFICE OF ADMINISTRATIVE HEARINGS STATE OF NORTH DAKOTA RE: Leo F.J. Wilking 4295-NE1-0509 RE: Ralph F. Carter 4295-NE2-0509 RE: Alice R. Senechal 4295-NE3-0509 North Dakota Department of Labor EEOC Denver District Office EEOC CHARGE #32FA400019 FEPA CHARGE #NDE0310003 Century Code 44-04-20-2 Century Code 44-04-19.1-9 Century Code 44-04-19.2-1  Police Report #200209736 Lisa J. Pryszbilla, Robert Wright, Alerus Center; Police Report #200103258 Angela Gonzales & Tory Crowe, Alerus Center; Police Report #200204911 Jesse Allard & Roger Allard, Alerus Center; Protection Order District Court Case No. 99R29 Police Report #9909145 Gross Sexual Imposition; 2001-2011 VenuWorks management/events/consulting Alerus CENTER and Camrud Maddock Olson & Larson Ltd. JUROR 200007848 JUROR NO. 0000104781 JULIANE M. IVERSON



Ten years of bringing fun to Grand Forks!

2001-2011

Alerus CENTER — CELEBRATING 10 YEARS — VenuWorks management | events | consulting

1200 South 42nd Street, Grand Forks, ND 58201 ▪ www.aleruscenter.com ▪ Find us on facebook



RECEIVED FEB 2 2 2011 CLERK U.S. DISTRICT COURT-NORTH DAKOTA